IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DISTRICT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 19 2013

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

NICOLE MOTTO; and WILLIAM )
MOTTO, )
 )
 Plaintiff, )
 )
 )
v. )
 )
 )  NO. 4:11-CV-00742-BSM
STATE FARM FIRE AND CASUALTY )
COMPANY, )
 Defendants. )
 )
 )
 )

## U.S. BANK'S MOTION TO RECONSIDER AND STAY PENDING APPEAL

COMES NOW, U.S. Bank, National Association ("US Bank"), and hereby requests that

this Court reconsider its Order of July 17, 2013. In the alternative, US Bank requests that this

Court enter an order staying the disbursement of the funds. In support thereof, US Bank states as

follows:

1.      In its Order of July 17, 2013, the Court stated that US Bank may pursue its claims

against Mrs. Motto by filing suit against her.

2.      On July 3, 2013, US Bank filed suit against Mrs. Motto. That case is pending in

the United States Federal District Court for the Eastern District of Arkansas as Case No. 4:13-cv-

00390-KGB.

3.      US Bank undoubtedly has an interest in the proceeds of the State Farm Fire and

Casualty insurance policy, as its representative, GMAC Mortgage, LLC ("GMACM") was an

initial payee on the check that State Farm issued for the loss. U.S. Bank is also the trustee for the

unsatisifed loan to Ms. Motto.

4.      GMACM was actively participating in the litigation up to and until the time it filed for bankruptcy protection. At that time, the matter was fully stayed as to GMACM. The stay precluded GMACM from expending funds to participate in the litigation.

5.      Nevertheless, Mrs. Motto moved to dismiss GMACM, knowing that this violated the automatic stay. The Court granted the dismissal.

6.      Because GMACM was dismissed from this matter while the bankruptcy stay was pending, GMACM, and now US Bank, have been unfairly prejudiced and prevented from participating in an action in which they had an interest.

7.      US Bank and its representatives—including its loan servicers, GMACM, Residential Funding Corporation ("RFC"), and subsequently, Ocwen Loan Servicng, LLC ("Ocwen")—were diligent upon seeking to regain entry to this case upon learning that it was dismissed while the matter was stayed due to the bankruptcy.

8.      For these reasons, US Bank respectfully requests that the Court reconsider its Order denying US Bank's Motion to Intervene.

9.      Alternatively, US Bank requests that this Court enter an order staying the disbursement of the funds pending the outcome of US Bank's pending action against Mrs. Motto.

10.     On April 29, 2013, this Court entered an Order denying RFC's motion to intervene. In that Order, the Court stated that "RFC may enforce any rights it has against Motto by suing her."

11.     Heeding the Court's advice, US Bank, and its current loan servicer, Ocwen, filed a complaint against Mrs. Motto, Mr. Motto, State Farm Fire and Casualty, and the law firm of Sutter & Gillham on July 3, 2013.

12.    A real controversy exists regarding the priority of the claims, which has not been fully resolved. Adjudication of US Bank's recently filed action will finally determine the priority of the liens on the property.

13.    In the interim, the proceeds of the insurance policy paid out by State Farm stand to be disseminated and consumed, thereby prejudicing US Bank's potential to collect monies owed to it.

14.    This Court, without undoing its judgment, can prevent this prejudice by ordering the clerk to hold the funds pending adjudication of the action filed by US Bank.

WHEREFORE PREMISES CONSIDERED, US Bank requests that this Court reconsider its Order denying US Bank's Motion to Intervene and Ordering Disbursement of the State Farm Funds. In the interim, US Bank asks that the Court enter an Order staying the disbursement of the funds pending resolution of US Bank's subsequent action.

Alternatively, US Bank asks that this Court stay the disbursement of the funds pending US Bank's appeal of the denial of its Motion to Intervene.

Respectfully submitted,

Blake B. Goodsell (Ark. Bar No. 2012226)
Jonathan Cobb (Of Counsel)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: bgoodsell@babc.com
         jcobb@babc.com

*Attorneys for Plaintiff-Intervenor*

## CERTIFICATE OF SERVICE

I hereby certify that on this \_18th\_ day of July, 2013, I served the foregoing via first-class U.S. Mail, postage prepaid, to the following:

**James M. Scurlock**
**Luther Oneal Sutter**
SUTTER & GILLHAM, PLLC
P.O. Box 2012
Benton, AR 72018
james.scurlock@gmail.com
luthersutter.law@gmail.com

*Attorneys for Nicole Motto*

**Joseph Walker Woodson, Jr.**
Attorney at Law
3118 JFK
North Little Rock, AR 72116
501-515-0502
josephwoodsonjr@gmail.com

**William Motto**
P.O. Box 16
Bloomfield, NM 87413-0016

**Nicole Motto**
610 SE 2nd Street
Little Rock, Arkansas 72022-4067

**Donald M. Spears**
Don Spears, P.A.
113 South Market Street
Benton, AR 72015
501-315-0092
888-748-5786 (fax)
donspears400@yahoo.com

*Attorney for Nicole Motto*

**Staci Dumas Carson**
**James W. Tilley**
Watts, Donovan & Tilley, P.A.
200 River Market Avenue
Suite 200
Little Rock, AR 72201-1769
501-372-1406
staci.carson@wdt-law.com

*Attorneys for State Farm Fire & Casualty Company*

_____
OF COUNSEL